# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pechman, Marsha J. | U.S. District Court | 05/13/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III judge - active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

700 Stewart Street, Room 14229
Seattle, WA 98101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Secretary-Treaturer, Board of Trustees | Justice Advocacy Africa |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/99 | Public Employees Retirement System, State of Washington (retirement benefit plan) |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Preg O'Donnel & Gillett |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Visa | Credit card | J |
| 2. | Capital One | Credit card | J |
| 3. | U.S. Bank | Car loan | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | E | Int./Div. | O | T | | | | | |
| 2. -- Bank Dep Sweep Opt (Wells Fargo money market) acct) | | | | | Buy (add'l) | 12/4/12 | J | | |
| 3. | | | | | Buy (add'l) | 12/11/12 | J | | |
| 4. | | | | | Buy (add'l) | 12/12/12 | J | | |
| 5. -- Cisco Systems | | | | | Sold | 3/15/12 | J | A | |
| 6. -- Dodge & Cox Income (DODIX) | | | | | Buy (add'l) | 3/15/12 | J | | |
| 7. | | | | | Buy (add'l) | 6/27/12 | J | | |
| 8. | | | | | Buy (add'l) | 9/27/12 | J | | |
| 9. | | | | | Buy (add'l) | 12/21/12 | J | | |
| 10. -- Dodge & Cox International | | | | | Sold | 3/15/12 | J | A | |
| 11. -- Duke Energy Corp. (DUK) | | | | | Sold | 10/16/12 | J | A | |
| 12. -- Emerson Electric (EMR) | | | | | Sold (part) | 10/16/12 | J | B | |
| 13. -- Exxon/Mobil Corp. (XOM) | | | | | | | | | |
| 14. -- General Electric (GE) | | | | | | | | | |
| 15. -- Harbor Bond Fund (HABDX) | | | | | Sold (part) | 3/30/12 | J | A | |
| 16. | | | | | Sold (part) | 6/29/12 | J | A | |
| 17. | | | | | Sold (part) | 9/28/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 12/18/12 | J | A | |
| 19. -- Harris Assoc Inv Tr Oakmark Intl Fund (OAKIX) | | | | | Buy | 1/26/12 | J | | |
| 20. -- Harris Assoc Inv Tr - Oakmark Eq&Inc Fund (OAKBX) | | | | | Sold (part) | 12/14/12 | J | A | |
| 21. -- Heartland Value Plus Fund (HRVIX) | | | | | Closed | 5/16/12 | J | | See note @ VIII. |
| 22. -- Heartland Value Plus Institutional Fund (HNVIX) | | | | | Open | 5/16/12 | J | | See note @ VIII. |
| 23. | | | | | Sold (part) | 10/16/12 | J | A | |
| 24. -- Johnson & Johnson (JNJ) | | | | | | | | | |
| 25. -- Managers AMG Funds | | | | | Open | 6/29/12 | K | | See note @ VIII. |
| 26. | | | | | Buy (add'l) | 10/16/12 | J | | |
| 27. | | | | | Buy (add'l) | 12/27/12 | J | | |
| 28. -- Pioneer Cullen Value Fund Cl Y (CVFYX) | | | | | Sold (part) | 10/16/12 | J | A | |
| 29. -- Prof Mngd Fund Portfolio - Ostweis Funds (OSTFX) | | | | | Buy (add'l) | 12/12/12 | J | | |
| 30. -- Sterling Cap Funds | | | | | Buy | 5/16/12 | J | | |
| 31. | | | | | Buy (add'l) | 12/12/12 | J | | |
| 32. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 33. -- Target (TGT) | | | | | | | | | |
| 34. -- Touchstone Instl Funds (CISGX) | | | | | Buy (add'l) | 3/15/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 10/16/12 | J | | |
| 36. | | | | | Buy (add'l) | 12/7/12 | J | | |
| 37. | | | | | Buy (add'l) | 12/28/12 | J | | |
| 38. -- T Rowe Price Growth Stock Fund Inc. (PRGFX) | | | | | | | | | |
| 39. -- T Rowe Price Pers Strategy Funds Inc. (TRSGX) | | | | | Buy (add'l) | 12/14/12 | J | | |
| 40. -- Vanguard Bond Index Sh Term Port Fund - Inv (VBISX) | | | | | | | | | |
| 41. -- Vanguard Short Term Bond Index (VBSSX) | | | | | Buy (add'l) | 1/3/12 | J | | |
| 42. | | | | | Buy (add'l) | 2/1/12 | J | | |
| 43. | | | | | Buy (add'l) | 3/1/12 | J | | |
| 44. | | | | | Buy (add'l) | 4/2/12 | J | | |
| 45. | | | | | Buy (add'l) | 5/1/12 | J | | |
| 46. | | | | | Buy (add'l) | 6/1/12 | J | | |
| 47. | | | | | Buy (add'l) | 7/2/12 | J | | |
| 48. | | | | | Buy (add'l) | 8/1/12 | J | | |
| 49. | | | | | Buy (add'l) | 9/4/12 | J | | |
| 50. | | | | | Buy (add'l) | 10/1/12 | J | | |
| 51. | | | | | Buy (add'l) | 11/8/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Pechman, Marsha J. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 12/24/12 | J | | |
| 53. -- Vanguard Short Term Corp Fund - Adm (VFSUX) | | | | | Buy | 1/5/12 | J | | |
| 54. | | | | | Buy (add'l) | 2/1/12 | J | | |
| 55. | | | | | Buy (add'l) | 3/1/12 | J | | |
| 56. | | | | | Buy (add'l) | 4/2/12 | J | | |
| 57. | | | | | Buy (add'l) | 5/1/12 | J | | |
| 58. | | | | | Buy (add'l) | 6/1/12 | J | | |
| 59. | | | | | Buy (add'l) | 6/27/12 | J | | See note @ VIII. |
| 60. | | | | | Buy (add'l) | 7/2/12 | J | | |
| 61. | | | | | Buy (add'l) | 8/1/12 | J | | |
| 62. | | | | | Buy (add'l) | 9/4/12 | J | | |
| 63. | | | | | Buy (add'l) | 10/1/12 | J | | |
| 64. | | | | | Buy (add'l) | 11/8/12 | J | | |
| 65. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 66. -- Vanguard Short Term - Treas Admiral (VFIRX) | | | | | Buy (add'l) | 1/3/12 | J | | |
| 67. | | | | | Buy (add'l) | 2/1/12 | J | | |
| 68. | | | | | Buy (add'l) | 3/1/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 4/2/12 | J | | |
| 70. | | | | | Buy (add'l) | 5/1/12 | J | | |
| 71. | | | | | Buy (add'l) | 6/1/12 | J | | |
| 72. | | | | | Buy (add'l) | 7/2/12 | J | | |
| 73. | | | | | Buy (add'l) | 8/1/12 | J | | |
| 74. | | | | | Buy (add'l) | 9/4/12 | J | | |
| 75. | | | | | Buy (add'l) | 10/1/12 | J | | |
| 76. | | | | | Buy (add'l) | 11/8/12 | J | | |
| 77. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 78. -- Vanguard Fixed Income - Sh Term Inv Growth (VFSTX) | | | | | Sold (part) | 3/15/12 | K | B | |
| 79. | | | | | Closed | 6/27/12 | J | | See note @ VIII. |
| 80. -- Wells Fargo & Co. | | | | | | | | | |
| 81. -- Yacktman Fund | | | | | Buy | 3/15/12 | K | | |
| 82. | | | | | Buy (add'l) | 6/28/12 | J | | |
| 83. | | | | | Closed | 6/29/12 | K | | See note @ VIII. |
| 84. | | | | | | | | | |
| 85. IRA #2 | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- Vanguard Balanced Index Fund Inv (VBINX) | | | | | Closed | 12/14/12 | J | | See note @ VIII. |
| 87. -- Vanguard Prime Money Mkt Fund (VMMXX) | | | | | Closed | 12/14/12 | J | | See note @ VIII. |
| 88. -- Vanguard Strategic Equity Fund (VSEQX) | | | | | Closed | 12/14/12 | J | | See note @ VIII. |
| 89. -- Vanguard Total Int'l Stock Index Fund (VGTSX) | | | | | Closed | 12/14/12 | J | | See note @ VIII. |
| 90. -- Vanguard Wellesley Income Fund Inv (VWINX) | | | | | Closed | 12/14/12 | J | | See note @ VIII. |
| 91. -- Vanguard Wellington Fund Inv (VWELX) | | | | | Closed | 12/14/12 | J | | See note @ VIII. |
| 92. | | | | | | | | | |
| 93. IRA #3 | D | Int./Div. | M | T | | | | | |
| 94. -- Vanguard Balanced Index Fund Inv (VBINX) | | | | | | | | | |
| 95. -- Vanguard Inflation- Protected Sec Adm(VAIPX) | | | | | Open | 4/16/12 | L | | See note @ VIII. |
| 96. -- Vanguard Inflation- Protected Sec (VIPSX) | | | | | Closed | 4/16/12 | L | | See note @ VIII. |
| 97. -- Vanguard Prime Money Mkt Fund (VMMXX) | | | | | Buy (add'l) | 04/18/12 | J | | |
| 98. -- Vanguard Total Bond Mkt Index - Admiral (VBTLX) | | | | | | | | | |
| 99. -- Vanguard Total Int'l Stock Index Admiral (VTIAX) | | | | | | | | | |
| 100. -- Vanguard Total Stk Mkt Index Fund - Adm (VTSAX) | | | | | | | | | |
| 101. -- Vanguard Wellington Fund Admiral (VWENX) | | | | | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Wm. Fitzharris (spouse) 401K | A | Int./Div. | K | T | | | | | |
| 104.  -- American Funds Europacific R4 | | | | | Buy | 12/27/12 | J | | See note @ VIII. |
| 105. | | | | | Sold (part) | 12/28/12 | J | A | |
| 106.  -- Blackrock Mid Cap Value Inst | | | | | Buy | 12/27/12 | J | | See note @ VIII. |
| 107. | | | | | Sold (part) | 12/28/12 | J | A | |
| 108.  -- Columbia Acorn | | | | | Buy | 12/27/12 | J | | See note @ VIII. |
| 109. | | | | | Sold (part) | 12/28/12 | J | A | |
| 110.  -- DFA U.S. Large Cap Value | | | | | Buy | 12/27/12 | J | | See note @ VIII. |
| 111. | | | | | Sold (part) | 12/28/12 | J | A | |
| 112.  -- DFA U.S. Small Cap Value | | | | | Buy | 12/27/12 | J | | See note @ VIII. |
| 113. | | | | | Sold (part) | 12/28/12 | J | A | |
| 114.  -- Morley Stable Value Fund | | | | | Buy | 12/28/12 | J | | See note @ VIII. |
| 115.  -- T Rowe Price New American Growth | | | | | Buy | 12/27/12 | J | | See note @ VIII. |
| 116. | | | | | Sold (part) | 12/28/12 | J | A | |
| 117.  -- Vanguard 500 Index Signal | | | | | Buy | 12/27/12 | J | | See note @ VIII. |
| 118. | | | | | Sold (part) | 12/28/12 | J | A | |
| 119.  -- Vanguard Inter Bond Index Signal | | | | | Buy | 12/28/12 | J | | See note @ VIII. |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 12/31/12 | J | | |
| 121.  -- Vanguard Mid Cap Index Signal | | | | | Buy | 12/27/12 | J | | See note @ VIII. |
| 122. | | | | | Sold (part) | 12/28/12 | J | A | |
| 123.  -- Vanguard Small Cap Growth Admiral | | | | | Buy | 12/27/12 | J | | See note @ VIII. |
| 124. | | | | | Sold (part) | 12/28/12 | J | A | |
| 125.  -- Vanguard Small Cap Index Signal | | | | | Buy | 12/27/12 | J | | See note @ VIII. |
| 126. | | | | | Sold (part) | 12/28/12 | J | A | |
| 127.  -- Virtus Real Estate Fund I | | | | | Buy | 12/27/12 | J | | See note @ VIII. |
| 128. | | | | | Sold (part) | 12/28/12 | J | A | |
| 129.  -- Westcore Select | | | | | Buy | 12/27/12 | J | | See note @ VIII. |
| 130. | | | | | Buy (add'l) | 12/28/12 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pechman, Marsha J. | 05/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

VII.21. Heartland Value Plus regular shares exchanged for Heartland Value Plus Institutional shares.

VII.22. Heartland Value Plus regular shares exchanged for Heartland Value Plus Institutional shares.

VII.25. The name of the Yacktman Fund (VII.83) was changed to Managers AMG Fund

VII.59. All of the Vanguard Fixed Income Securities Fund Short-Term shares (VFSTX) were exchanged for additional shares of Vanguard Short-Term Corporate Fund - Admiral (VSFUX).

VII.79. All of the Vanguard Fixed Income Securities Fund Short-Term shares (VFSTX) were exchanged for additional shares of Vanguard Short-Term Corporate Fund - Admiral (VSFUX).

VII.83. The name of the Yacktman Fund was changed to Managers AMG Fund (VII.25)

VII.86 - 91. All of the funds in IRA#2 were converted into the Fitzharris 401K (VII.107-133) by means of a direct rollover distribution.

VII.95. Converted from Vanguard Inflation-Protected Sec Inv. shares (VII.98)

VII.96. Cnverted to Vanguard Inflation-Protected Sec Adm. shares (VII.97)

VII.104. Purchased via direct rollover contribution from IRA#2.

VII.106. Purchased via direct rollover contribution from IRA#2.

VII.108. Purchased via direct rollover contribution from IRA#2.

VII.110. Purchased via direct rollover contribution from IRA#2.

VII.112. Purchased via direct rollover contribution from IRA#2.

VII.114. Purchased via direct rollover contribution from IRA#2.

VII.115. Purchased via direct rollover contribution from IRA#2.

VII.117. Purchased via direct rollover contribution from IRA#2.

VII.119. Purchased via direct rollover contribution from IRA#2.

VII.121. Purchased via direct rollover contribution from IRA#2.

VII.123. Purchased via direct rollover contribution from IRA#2.

VII.125. Purchased via direct rollover contribution from IRA#2.

VII.127. Purchased via direct rollover contribution from IRA#2.

VII.129. Purchased via direct rollover contribution from IRA#2.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Marsha J. Pechman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544